```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ADRIANO GIANNETTI DEDINI OMETTO and  :
ADRIANO OMETTO AGRÍCOLA LTDA.,       :
                                     :
                   Petitioners,      :
                                     :      12 Civ. 1328 (JSR)
              -v-                    :
                                     :           ORDER
ASA BIOENERGY HOLDING A.G.; ABENGOA  :
BIOENERGIA AGRÍCOLA LTDA.; ABENGOA   :
BIOENERGIA SÃO JOÃO LTDA.; ABENGOA   :
BIOENERGIA SÃO LUIZ S.A.; and ABENGOA:
BIOENERGIA SANTA FÉ LTDA,            :
                                     :
                   Respondents.      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Pending before the Court is the motion to vacate arbitration awards filed by petitioners Adriano Giannetti Dedini Ometto and Adriano Ometto Agricola Ltda. and the cross-motion to confirm the arbitration awards filed by respondents ASA Bioenergy Holding A.G. and its affiliates. After full consideration of the parties' initial written and oral arguments, the in-court testimony of David Rivkin, the chair of the arbitration panel, and the parties' supplemental written submissions, and for reasons that will be explained in a forthcoming written opinion, the Court hereby denies petitioner's motion to vacate the arbitration awards and grants respondents' cross-motion to confirm the awards.

    Final judgment, however, will not issue until the Court issues its written opinion giving the reasons for this ruling. The Clerk of

the Court is directed to close document numbers 8 and 20 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 2, 2012