UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

ADRIANO GIANNETTI DEDINI OMETTO and　　　Case No.: 12-CV-1328 (JSR)
ADRIANO OMETTO AGRÍCOLA LTDA.,

　　　　　　　Petitioners,　　　　　　　　　　　　ORDER

　　-against-

ASA BIOENERGY HOLDING A.G., et al.,

　　　　　　　Respondents.

---------------------------------------------x

**IT IS HEREBY ORDERED**, pursuant to Fed. R. App. P. 10(e)(2)(B), and with the consent of all parties, that the record is supplemented to include the exhibits submitted by the parties and entered into evidence at the July 20, 2012 hearing. It is further ORDERED that an electronic copy of the parties' exhibits that were submitted at the July 20, 2012 hearing and filed herewith shall be forwarded to the Court of Appeals.

Dated: November 7, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge